WALTER MORRISON, as executor, &c., and WALTER MORRISON and ETHEL DAY, individually, appellants,

*v.*

GRACE MORRISON, respondent.

[Decided May 10th, 1923.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *94 N. J. Eq. 646.*

*Mr. Robert H. Doherty,* for the appellants.

*Mr. Eric H. Jentz,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, GARDNER, VAN BUSKIRK—11.

*For reversal*—None.

*For modification*—SWAYZE, PARKER—2.